✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

MIDDLE _____  **District of** _____ FLORIDA

DWAYNE GLOWNER

Plaintiff (s),

V.

MULLER MARTINI MAILROOM SYSTEMS, INC.,

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 8:09cv01768-EAK-TGW

Notice is hereby given that, subject to approval by the court, __Muller Martini Mailroom Systems, Inc.__ substitutes
                                                              (Party (s) Name)

Stephen M. Hankins _____ , State Bar No. __154886__ as counsel of record in
                (Name of New Attorney)

place of __Peter J. Phillips_____ .
              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Schiff Hardin LLP_____

Address: __One Market, Spear Street Tower, Suite 3200_____

Telephone: __(415) 901-8700__     Facsimile __(415) 901-8701__

E-Mail (Optional): __shankins@schiffhardin.com_____

I consent to the above substitution.

Date: _____

I consent to being substituted.

Date: _____

I consent to the above substitution.

Date: _____3/20/2012_____

Werner Naegeli, CEO
Muller Martini Mailroom Systems, Inc.
                (Signature of Party (s))

_____
            (Signature of Former Attorney (s))

_____
            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                    _____
                                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**