# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __FLORIDA__

DWAYNE GLOWNER

      Plaintiff (s),

V.

MULLER MARTINI MAILING SYSTEMS, INC.,

      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 8:09cv01768-EAK-TGW

Notice is hereby given that, subject to approval by the court, __Muller Martini Mailroom Systems, Inc.__ substitutes
(Party (s) Name)

__Thomas P. Battistoni__, State Bar No. __201 9883__ as counsel of record in
(Name of New Attorney)

place of __Peter J. Phillips__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Schiff Hardin LLP |
| Address: | 666 Fifth Avenue, 17th Floor |
| Telephone: | (212) 753-5000    Facsimile (212) 753-5044 |
| E-Mail (Optional): | tbattistoni@schiffhardin.com |

I consent to the above substitution.

Date: _____

I consent to being substituted.

Date: _____*[signature: Peter Phillips]*_____

I consent to the above substitution.

Date: __3/20/2012__

Werner Naegeli, CEO
Muller Martini Mailing Systems, Inc.
*[signature]*
(Signature of Party (s))

*[signature]*
(Signature of Former Attorney (s))

*[signature: Thomas C. Battistoni]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]