UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER,

v.                                                  CASE No. 8:09-CV-1768-T-17TGW

MULLER MARTINI MAILING
SYSTEMS, INC.

_____

ORDER

THIS CAUSE came on for consideration upon Defendant, Muller

Martini Mailroom Systems, Inc.'s Unopposed Motions for Admission *Pro Hac*

*Vice* of Stephen M. Hankins and Thomas P. Battistoni (Docs. 55, 56). The

attorneys represent that they have complied with Local Rule 2.02.

It is, therefore, upon consideration

ORDERED:

That Defendant, Muller Martini Mailroom Systems, Inc.'s

Unopposed Motions for Admission *Pro Hac Vice* of Stephen M. Hankins and

Thomas P. Battistoni (Docs. 55, 56) be, and the same are hereby, **GRANTED.**

DONE and ORDERED at Tampa, Florida, this _12th_ day of April,

2012.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE