IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER,

    Plaintiff,

v.

MULLER MARTINI MAILROOM
    SYSTEMS, INC.,

    Defendant.

Case No. 8:09-cv-01768-EAK-TGW

## NOTICE OF CHANGE OF ATTORNEY AND REQUEST TO REMOVE FROM CM/ECF SYSTEM

Pursuant to the Local Rules of the U.S. District Court for the Middle District of Florida, and as directed by the Court, the undersigned attorney hereby notifies the Court and counsel of record that Brian D. Hancock will be leaving the firm of Heninger Garrison Davis, LLC, and requests that he be removed from the CM/ECF system and service list for the Middle District of Florida with regard to this matter.

The undersigned Douglas L. Bridges of Heninger Garrison and Davis, LLC will be lead attorney of record for the Plaintiff.

Respectfully submitted this 20th day of April, 2012.

/s/ Douglas L. Bridges
Douglas L. Bridges, Esq.
*Admitted Pro Hac Vice*
E-mail: dbridges@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
169 Dauphin Street, Suite 100
Mobile, Alabama 36602
Phone: (251) 298-8701
Facsimile: (205) 547-5504

**ATTORNEYS FOR PLAINTIFF
DWAYNE GLOWNER**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court.

Date: April 20, 2012                /s/ Douglas L. Bridges_____

                                   Douglas L. Bridges, Esq.