IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DWAYNE GLOWNER, | |
| Plaintiff, | Case No. 8:09-cv-01768-EAK-TGW |
| v. | |
| MULLER MARTINI MAILROOM SYSTEMS, INC., | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, Dwayne Glowner ("Plaintiff"), pursuant to Rule 2.02 of the Local Rules for the United States District Court for the Middle District of Florida, respectfully moves this Court for entry of an order that would admit Dara T. Jeffries ("Applicant") to practice before this Court *pro hace vice* in connection with the above litigation. In support of this motion, Plaintiff states as follows:

1. Applicant is not a Florida resident;

2. Applicant is a resident of Georgia, and is with the law firm of Heninger Garrison Davis, LLC, in its Atlanta, Georgia office.

3. Applicant is a member in good standing of the Bar of Georgia and a member in good standing of the U.S. District for the Northern District of Georgia.

4. Applicant has not made frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the state of Florida.

5. Within the twelve (12) month period preceding the date of this motion, Applicant has read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

6. In further support of this motion, it is hereby designated that Daniel R. Frijouf and David A. Frijouf of the law firm of Frijouf, Rust & Pyle, P.A. located at 201 East Davis Blvd., Tampa, Florida 33606, are members of the Bar of this Court with whom the Court and counsel may readily communicate, upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in default of the Applicant.

7. In addition, Daniel R. Frijouf and David A. Frijouf will act as local counsel in this matter on behalf of Plaintiff.

8. A verification of Applicant is attached to this Motion attesting to the above stated facts.

9. A copy of the Special Admission Attorney Certification is attached, and the original has been filed along with the applicable fee.

10. Pursuant to Local Rule 3.0-1(g), undersigned counsel certifies that counsel for the Defendant has been advised that they consent to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order authorizing the appearance *pro hace vice* of Applicant on his behalf in this case.

### CONSENT TO DESIGNATION

The undersigned hereby consents to the above-referenced designation.

Date: 6/5/12

Daniel R. Frijouf, FL Bar No. 0682306
David A. Frijouf, FL Bar No. 0554251
FRIJOUF, RUST & PYLE, P.A.
201 East Davis Boulevard
Tampa, Florida 33606-3787
Phone: (813) 254-5100
Facsimile: (813) 254-5400
Frijouf@frijouf.com
dan@frijouf.com
david@frijouf.com

### VERIFICATION OF APPLICANT

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 6/4/12

Dara T. Jeffries, GA Bar No. 916167
Attorney for Plaintiff
HENINGER GARRISON DAVIS, LLC
3350 Riverwood Parkway, Suite 1900
Atlanta, Georgia 30339-3372

Phone: (404) 996-0867
Facsimile: (205) 547-5515
djeffries@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2012, I presented this motion to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to the following CM/ECF participants:

Donald C. Lucas
Lucas & Mercanti, LLP
475 Park Avenue, S.
New York, NY 10016

Michael John Colitz, III
GrayRobinson, PA
Suite 2200
201 N Franklin St
Tampa, FL 33602-5822

Stefan Vaughn Stein
GrayRobinson, PA
Suite 2200
201 N Franklin St
Tampa, FL 33602-5822

Stephen M. Hankins
Schiff Hardin, LLP
Suite 3200
1 Market St
San Francisco, CA 94105

Thomas P. Battistoni
Schiff Hardin LLP
666 5th Ave., 17th fl
New York, NY 10103

Woodrow Heath Pollack
GrayRobinson, PA
Suite 2200
201 N Franklin St
Tampa, FL 33602-5822

Date: 6/5/12

Daniel R. Frijouf, FL Bar No. 0682306
David A. Frijouf, FL Bar No. 0554251
FRIJOUF, RUST & PYLE, P.A.
201 East Davis Boulevard
Tampa, Florida 33606-3787
Phone: (813) 254-5100

Facsimile: (813) 254-5400
Frijouf@frijouf.com
dan@frijouf.com
david@frijouf.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

DWAYNE GLOWNER

Plaintiff(s)/Petitioner(s),
v.

MULLER MARTINI MAILROOM

SYSTEMS, INC.

Defendant(s)/Respondent(s)

CASE NO. 8:09-CV-01768-EAK-TGW

I, JACQUELINE K. BURT (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of PLAINTIFF, DWAYNE GLOWNER (party represented).

## ATTORNEY INFORMATION

Firm Name: Heninger Garrison Davis, LLC

Address: 3350 Riverwood Parkway, Suite 1900

City: Atlanta   State: GA   Zip: 30339 - 3372

Firm/Business Phone: 404 - 996 - 0867   Alternate Phone: 800 - 241 - 9779

Firm/Business Fax: 205 - 547 - 5515

E-mail Address: djeffries @ hgdlawfirm.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. NOTE: If proceedings ARE pending at this time, please explain on the reverse side of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *[signature]*   Date: 06/04/12

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2.090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $10.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $10.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Ms. Dara Thompson Jeffries
Heninger Garrison Davis
3350 Riverwood Parkway, SE
Suite 1900
Atlanta, GA 30339

| | |
|---|---|
| CURRENT STATUS: | Active Member-Good Standing |
| DATE OF ADMISSION: | 11/18/2011 |
| BAR NUMBER: | 916167 |
| TODAY'S DATE: | 05/23/2012 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in "good standing" as termed and defined by State Bar Rule 1-204. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

HEADQUARTERS
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435