UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 8:09-CV-1768-17TGW

MULLER MARTINI
MAILROOM SYSTEMS, INC.

    Defendant.

_____

ORDER

THIS CAUSE came on for consideration upon the Plaintiff's Unopposed Motions for Admission Pro Hac Vice by attorneys Dara T. Jeffries and Jacqueline K. Burt (Docs. 62, 63). The attorneys represent that they have complied with Local Rule 2.02.

It is, therefore, upon consideration

ORDERED:

That Plaintiff's Unopposed Motions for Admission Pro Hac Vice by attorneys Dara T. Jeffries and Jacqueline K. Burt (Docs. 62, 63) be, and the same are hereby, **GRANTED**.

DONE and ORDERED at Tampa, Florida, this 5th day of June, 2012.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE