UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER

    Plaintiff,

v.                                      CASE NO. 8:09-CV-1768-T-17TGW

MULLER MARTINI MAILROOM
SYSTEMS, INC., a Delaware
corporation,

    Defendant.

## ORDER

THIS CAUSE came on for consideration upon Defendant, Muller Martini Mailroom Systems, Inc.'s Unopposed Motions for Admission Pro Hac Vice of Alison L. Maddeford and Henry P. Behnen (Docs. 65, 66). The attorneys represent that they have complied with Local Rule 2.02.

It is, therefore, upon consideration

ORDERED:

That the Defendant, Muller Martini Mailroom Systems, Inc.'s Unopposed Motions for Admission Pro Hac Vice of Alison L. Maddeford and Henry P. Behnen (Docs. 65, 66) be, and the same are hereby, **GRANTED**.

DONE and ORDERED at Tampa, Florida, this 13th day of June, 2012.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE