UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER,

    Plaintiff/Counter-Defendant,

vs.                                              CASE NO. 8:09-CIV-1768-T-17-TGW

MULLER MARTINI MAILROOM
SYSTEMS, INC.,

    Defendant/Counter-Plaintiff.

_____/

**ORDER TO SHOW CAUSE**

      This cause is before the Court *sua sponte*. On December 14, 2009, this court granted the motion to appear *pro hac vice* for Donald C. Lucas. The attorney and/or his office have been notified on multiple occasions by the Clerk of Court that he is required to file documents electronically and that he needs to arrange entry to the cm/ecf system. This court requires the same in its Administrative Procedures for Electronic Filing in Civil and Criminal Cases (1)(A). Accordingly, it is

      **ORDERED** that Donald C. Lucas has up to and including June 27, 2012, to comply with the requirements of this court as to the electronic filing or to show good cause why he cannot comply. If Mr. Lucas fails to comply with this order, he will be terminated as an

attorney in this cause of action.

       **DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of June, 2012.



Copies to: All parties and counsel of record