UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

| | |
|---|---|
| CASE NO. 8:09-CV-1768-T-17TGW | DATE: JUNE 19, 2012 |
| TITLE: | DWAYNE GLOWNER -v- MULLER MARTINI MAILROOM |
| TIME: | 10:40 - 11:17 |

Honorable THOMAS G. WILSON
Deputy Clerk: Carrie Williams
Court Reporter:     Tape: Digital     Courtroom 12A

| | |
|---|---|
| *Attorneys for Plaintiff* | Douglas Bridges, Timothy Davis |
| *Attorneys for Defendant:* | Stefan Stein, Thomas Battistoni, Stephen Hankins |

**PROCEEDING: PRE-TRIAL CONFERENCE/SETTLEMENT CONFERENCE**

Joint pre-trial statement filed; parties advised of the setting of trial on July 9 calendar term; defendant to make motion about "willfulness" in light of recent decision that came out after pre-trial stipulation filed

EXHIBITS: no objection exhibits not seen (parties advised that, in order to add exhibit, a motion must be filed)

WITNESSES: no objection to a witness on ground that address or telephone number was not provided.

LIKELIHOOD OF SETTLEMENT: Not likely now but still discussing

LENGTH OF TRIAL: 35 hours

Parties might be interested in Magistrate Judge trying case (weeks available are July 30, August 6, September 10) – if parties consent, the court will set another hearing on motions in limine and will discuss trial procedures at that time.