UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER, :
:
:
Plaintiff, :
:
v. : CASE No. 8:09-CV-1768-T-17TGW
:
MULLER MARTINI MAILROOM, :
:
Defendant. :
:

## PRE-TRIAL ORDER

THIS CAUSE came on for consideration at a pre-trial conference held pursuant to Rule 16, Fed.R.Civ.P., and Local Rule 3.06. It is, therefore, upon consideration

ORDERED:

1. That this cause shall proceed to trial upon the joint pre-trial stipulation which, in accordance with Rule 16 and Local Rule 3.06, shall govern the subsequent course of the action unless modified by order of the court.

2 That the parties agree that there is no objection to the lack of an opportunity to view a listed exhibit.

3  That the parties have no objection to the lack of an address or telephone number for any listed witnesses.

DONE and ORDERED at Tampa, Florida, this 19th day of June, 2012.

*[signature]*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE