**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DWAYNE GLOWNER,
    Plaintiff,

vs.                                                  CASE NO. 8:09-CIV-1768-T-17-TGW

MULLER MARTINI MAILROOM
SYSTEMS, INC.,
    Defendant.
_____/

## ORDER

    This cause comes before the Court *sua sponte*. This case is scheduled for trial on a trial calendar which commences on Monday, July 9, 2012. The Court requires the following as to jury instructions in this case. The parties must confer on the jury instructions and submit to the Court up to three packets: 1) all instructions that are undisputed; 2) instructions proposed by plaintiff but not acceptable to the defense; and 3) instructions proposed by the defense but not acceptable to the plaintiff. Accordingly, it is.

    **ORDERED** that parties have up to and including Friday, July 6, 2012, in which **to file the jury instructions in this case as set out in the previous paragraph**.

    **DONE AND ORDERED** in Chambers in Tampa, Florida this 26th day of June, 2012.

*[signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record