**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DWAYNE GLOWNER,

    Plaintiff,

v.

MULLER-MARTINI MAILROOM
SYSTEMS, INC.,

    Defendant.

Case No. 8:09-cv-01768-EAK-TGW

**DEFENDANT MULLER MARTINI MAILROOM SYSTEMS, INC.'S NOTICE OF UNAVAILABILITY AND MOTION TO PROTECT REGARDING TRIAL DATE**

Please take notice that counsel for Defendant Muller Martini Mailroom Systems, Inc. ("Defendant"), has the following conflicts regarding certain dates during the period scheduled for the trial of this matter, as follows:

1.    July 9 and 10:  A hearing is set for the afternoon of July 9 in the Southern District of California (Civil Action No. 3:12-cv-00883-DMS-BGS) requiring undersigned counsel's attendance.  Due to flight schedules, counsel must travel on July 10 and will be available for trial in this Court in the instant action on July 11;

2.    July 22, 23 and 24:  A court appearance for the setting of trial dates is set for July 23 in the District of Minnesota (Civil Action No. 0:10-cv-2010 ADM/JJG) requiring undersigned counsel's attendance.  Due to flight schedules, counsel must travel on July 22 and 24 and will be available for trial in this Court on July 25.

WHEREFORE, Defendant respectfully moves this Court to protect Defendant's counsel during the above dates, when he will be unavailable.

Dated:  June 26, 2012                              Respectfully submitted,

  /s/ Stephen M. Hankins       
Stefan V. Stein
Florida Bar No. 300527
GRAY ROBINSON, P.A.
201 N. Franklin Street
Suite 2200
Tampa, Florida 33602
Telephone:  813-273-5000
Facsimile:  813-273-5145
Email:  stefan.stein@gray-robinson.com

Thomas P. Battistoni
New York Bar No. 2019883
Henry Behnen
New York Bar No. 4890125
SCHIFF HARDIN LLP
666 Fifth Avenue
17th Floor
New York, NY 10103
Telephone:  212.753.5000
Facsimile:  212.753.5044
tbattistoni@schiffhardin.com;
hbehnen@schiffhardin.com

Stephen M. Hankins
TRIAL COUNSEL
California Bar No. 154886
Alison Maddeford
California Bar No. 248523
SCHIFF HARDIN LLP
One Market, Spear Street Tower
32nd Floor
San Francisco, CA 94105
Telephone:  415-901-8700
Facsimile:  415-901-8701
shankins@schiffhardin.com
amaddeford@schiffhardin.com

*Attorneys for Defendant Muller-Martini Mailroom Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on June 26, 2012, I served a copy of the forgoing NOTICE OF UNAVAILABILITY AND MOTION TO PROTECT REGARDING TRIAL DATE to the Plaintiff's counsel of record, by using the Court's ECF filing system, which effects service on counsel of record.

    /s/ Stephen M. Hankins
Stephen M. Hankins
California Bar No. 154886
SCHIFF HARDIN LLP
One Market, Spear Street Tower
32nd Floor
San Francisco, CA 94105
Telephone: 415-901-8700
Facsimile: 415-901-8701
shankins@schiffhardin.com

*Attorney for Defendant Muller-Martini Mailroom Systems, Inc.*

NY\51186334.2