UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER

v.                                                              CASE NO. 8:09-CV-1768-TGW

MULLER MARTINI
MAILROOM SYSTEMS, INC.

ORDER

THIS CAUSE came on for consideration of the scheduling of pre-trial proceedings and trial. It is

ORDERED:

1. A **supplemental pre-trial conference** will be held in **Courtroom 12A**, United States Courthouse, 801 North Florida Avenue, Tampa, Florida, on **July 30, 2012**, at **2:30 p.m.** The court will also discuss at that time any motions in limine that are ripe for consideration.

2. This case is set for a **jury trial** beginning **August 9, 2012**, at **9:30 a.m.**, in **Courtroom 12A**, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

DONE and ORDERED at Tampa, Florida, this 9th day of July, 2012.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE