UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER

v.   CASE NO. 8:09-CV-1768-TGW

MULLER MARTINI
MAILROOM SYSTEMS, INC.

ORDER

THIS CAUSE came on for consideration of the scheduling of the trial. It is

ORDERED:

This case is set for a **jury trial** beginning **August 6, 2012**, at **9:30 a.m.**, in **Courtroom 12A,** United States Courthouse, 801 North Florida Avenue, Tampa, Florida. The previous Order listed in error August 9, 2012, as the trial date.

DONE and ORDERED at Tampa, Florida, this 12th day of July, 2012.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE