## **EXHIBIT INDEX**

| Exhibit | Description |
|---|---|
| A | Document titled "Agenda" |
| B | Excerpts from Denise Dauphin Deposition |
| C | Defendant Muller-Martini Mailroom Systems, Inc.'s First Set of Document Requests to Plaintiff Dwayne Glowner Nos. 1-12 |
| D | Excerpts from Timothy Goszka Deposition |
| E | Document titled "Presentation to GMA" |
| F | Excerpts from Dwayne Glowner's Deposition |