# EXHIBIT D

CONFIDENTIAL                                          1

1        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF FLORIDA
2                  TAMPA DIVISION
                     -   -   -
3    DWAYNE GLOWNER,          :  NO.
           Plaintiff,         :  8:09-cv-01768
4                             :  EAK-TGW
      V.                      :
5                             :
    MULLER MARTINI            :
6    MAILROOM SYSTEMS,        :
    INC.,                     :
7         Defendant.          :

8                    -   -   -

        CONFIDENTIAL TRANSCRIPT
9                    -   -   -

10              April 20, 2011

11                   -   -   -

12       Oral deposition of TIMOTHY GOSZKA,

13   held in the offices of Muller Martini

14   Mailroom Systems, Inc., 4444 Innovation

15   Way, Allentown, Pennsylvania 18109,

16   commencing at 9:11 a.m., on the above

17   date, before Margaret Peoples, a

18   Registered Professional Reporter.

19

20                   -   -   -

21

22

23

24

```
 1            A.      I don't recall if it was or
 2    wasn't.
 3            Q.      Did any in-house testing for
 4    functionality and inserting production
 5    runs take place in June, July or August
 6    of 2006?
 7            A.      Again, I don't remember the
 8    dates on it.
 9            Q.      Well, do you recall -- these
10    things listed here, do you have any
11    recollection of any of these things
12    taking place in connection with the
13    SLS4000 in 2006?
14            A.      None of these dates mean
15    anything to me.
16            Q.      Who would have created
17    Plaintiff's Exhibit 31, do you know?
18            A.      Without a name on it, it's
19    tough to say.
20            Q.      Do you have any recollection
21    as to when the SLS4000 beta inserter was
22    reduced to practice?
23            A.      Yes.
24            Q.      When was that?
```

1        A.     It ran the production for

2    the Daily News, 8/28/2008.

3        Q.     You're referring to the XL

4    spreadsheet that was referred to earlier

5    today and marked as an exhibit?

6        A.     Yes.

7        Q.     I know it's late in the day

8    and when I ask this question, I don't

9    want an entire history of the Muller R&D

10   for the P4 project.  But I'm curious as

11   to why if the -- when you first became

12   involved in the project in February of

13   '03 and Mr. Noll and Mr. Seidel discussed

14   it with you in January '03, why did it

15   take six years to reduce to practice an

16   SLS4000 beta inserter?

17                MR. PHILLIPS:  Six years?

18                MR. HANCOCK:  Is my math

19        off?  Five-and-a-half years.

20                THE WITNESS:  We started

21        with concept ideas of the

22        inserter.  Harry's job was to

23        build a better feeder.  We assumed

24        and we guessed that it would take

1    positions and ask them is it more

2    comfortable after standing there 8 hours.

3    And they would give us feedback.  So we

4    were gathering a lot of information.  We

5    just weren't Helter Skelter designing

6    machinery.

7              And then, after Randy left

8    the company, we had a large number of

9    SLS3000 sites that were running very

10   poorly.  Tremendous amount of pressure

11   from the industry for us to make repairs

12   to the equipment updates.

13             Hans Peter Sutter came in

14   and he shutdown any development on the XL

15   machine.

16        Q.    When did he do that?

17        A.    I don't remember the date,

18   but it was after Randy left.

19        Q.    Okay.  And it's my

20   understanding, Mr. Seidel left in the

21   very end of 2005?

22        A.    December, I believe.  Yes.

23        Q.    How long did Mr. Sutter

24   shutdown the P4 project?

1          A.     He shut it down until we

2     closed all our jobs, meaning all the

3     punch lists from all the customers were

4     done, and we weren't bleeding financially

5     on these.  I don't recall the amount of

6     time on this.

7          Q.     Would he, Mr. Sutter,

8     shutdown the project -- strike that.

9               You testified that Mr.

10    Sutter shut down the project shortly

11    after Mr. Seidel left in December '05.

12    And yet in Plaintiff's 31, there's talk

13    of an SLS4000 rollout with a beta

14    inserter being built in April or May of

15    06, and various other -- I've forgotten

16    the word I'm looking for, but various

17    other things to be achieved at certain

18    times during that year.

19               How could those things have

20    been achieved if Mr. Sutter had

21    instituted some sort of moratorium on the

22    project?

23         A.     It would be impossible.  I

24    never said these were achieved.

**Timothy Goszka**                    317                    **4/20/2011**

1        Q.    No, sir.  I understand that.

2    I'm just trying to understand why this

3    document would have set these goals at

4    the same time, according to your

5    testimony, it seems as if Mr. Sutter had

6    shut down the project to deal with these

7    problems with the SLS3000.

8        A.    Well, hypothetically

9    thinking, if these goals came from Randy

10   Seidel, and Hans Peter Sutter fired him,

11   they wouldn't come true.

12       Q.    Okay.  Again, I have no way

13   of determining this with any certainty,

14   but it was my understanding based on

15   production, that Plaintiff's Exhibit 31

16   would have been part of the materials

17   included with Plaintiff's Exhibit 30

18   dated February 7, 2006.  Mr. Sutter had

19   fired Mr. Seidel by that time, had he

20   not?

21       A.    Yes.  But I don't know who

22   authored those.

23       Q.    I understand.  Let me ask

24   you this.  You said that it was quite