# EXHIBIT B

CONFIDENTIAL                                    1

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF FLORIDA
2                 TAMPA DIVISION
                    - - -
3   DWAYNE GLOWNER,        : NO.
          Plaintiff,       : 8:09-cv-01768
4                          : EAK-TGW
      V.                   :
5                          :
    MULLER MARTINI          :
6   MAILROOM SYSTEMS,       :
    INC.,                   :
7         Defendant.        :

8                   - - -
           CONFIDENTIAL TRANSCRIPT
9                   - - -

10             April 21, 2011

11                  - - -

12      Oral deposition of TIMOTHY

13   VOORHEES, held in the offices of Muller

14   Martini Mailroom Systems, Inc., 4444

15   Innovation Way, Allentown, Pennsylvania

16   18109, commencing at 9:15 a.m., on the

17   above date, before Margaret Peoples, a

18   Registered Professional Reporter.

19

20                  - - -

21

22

23

24

**Freedom Court Reporting, Inc**

```
 1          A.    No, sir.
 2          Q.    Did you work anywhere when
 3    were you attending Lincoln Technical
 4    Institute?
 5          A.    Yes.  It was a restaurant.
 6                I didn't think you wanted to
 7    know.
 8          Q.    I don't want to know which
 9    restaurant you were working in, but did
10    you work in any sort of industrial
11    setting during your time at Lincoln
12    Technical Institute?
13          A.    No.
14          Q.    When were you first employed
15    by the defendant, who I will refer to in
16    this deposition as Muller Martini or
17    Muller?
18          A.    I started here on March 20,
19    1989.
20          Q.    If you would, Mr. Voorhees,
21    very briefly, tell me what you were doing
22    between your graduation from Lincoln
23    Technical Institute in 1984 and your
24    employment with Muller in March of '89.
```

```
 1   Have you seen that document before, sir?
 2        A.    Yes.
 3        Q.    When did you first see that
 4   document?
 5        A.    About two or three weeks
 6   ago.
 7        Q.    And how did you come to
 8   receive that document?
 9        A.    I received it from Peter,
10   our attorney.
11        Q.    And Mr. Phillips has
12   represented on the record, I believe it
13   was in Mr. Noll's deposition, that you
14   were knowledgeable as to certain topics
15   set forth in this 30(b)(6) deposition
16   notice.  Do you recall him doing that?
17        A.    Correct.  Yes, I do.
18        Q.    I'm, for the record, briefly
19   going to go through the topics in this
20   notice, Plaintiff's Exhibit 1, that you
21   have been designated as being
22   knowledgeable in and that for which you
23   have been designated as the 30(b)(6)
24   representative from Muller.  Topic 1(a),
```

```
 1   1(b) -- I'll wait on you Peter, I'm
 2   sorry.
 3              MR. PHILLIPS:  Okay.
 4        Thanks.
 5   BY MR. HANCOCK:
 6        Q.   Topic 1(a), 1(b), 1(c).
 7   Topic 2 in its entirety.  Topic 3 in its
 8   entirety.  Topic 4 in its entirety.
 9   Topic 5 in its entirety.  Topic 6 in its
10   entirety.  Topic 7 in its entirety.
11   Topic 9.  Topic 11.  Topic 19.  In part,
12   topic 22 and topic 23.
13              Would you agree, Mr.
14   Voorhees, that you are knowledgeable in
15   those topics as I have recited them?
16              MR. PHILLIPS:  I will say he
17         has some knowledge about those
18         topics.  And realizing that the
19         company now is a fraction of the
20         size that it was during the time
21         that all of these activities took
22         place that are referred to in the
23         list of topics, we did the best we
24         could to find a corporate
```

 1                  Can you list what those
 2     places are?
 3            A.    The sales proposal log,
 4     which would point me toward all of the
 5     sales proposals and point me toward
 6     drawings and whatnot.  The contracts that
 7     I was aware of.  I know of where all the
 8     engineering documents are and where
 9     they're kept, being the manager now.
10     Actually, the manager of engineering.
11            Q.    You are presently the
12     manager of engineering?
13            A.    Yes, sir.
14            Q.    And you have held that
15     position continuously since 2000?
16            A.    Mechanical engineering, up
17     until January of last year when everybody
18     else was laid off.  So I got it by
19     default.
20            Q.    I don't want to interrupt
21     you.  Tell me the other places that you
22     have looked for documents.
23            A.    Just the places that I
24     previously described.  And it's like, we