UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER

Plaintiff,

v.                                          CASE No. 8:09-CV-1768-T-TGW

MULLER-MARTINI MAILROOM
SYSTEMS, INC.

Defendant.

_____

## ORDER

THIS CAUSE came on for consideration upon Defendant Muller Martini

Mailroom Systems, Inc.'s Unopposed Motion to File Under Seal (Doc. 92).

It is, upon consideration,

ORDERED:

That Defendant Muller Martini Mailroom Systems, Inc.'s Unopposed

Motion to File Under Seal (Doc. 92) be, and the  same is hereby, **GRANTED**.

Accordingly, the **CLERK** is **DIRECTED** to accept for filing **UNDER SEAL** Exhibits

A, B, E and F to Defendant Muller Martini Mailroom Systems, Inc.'s Omnibus

Motions In Limine.

DONE and ORDERED at Tampa, Florida, this 25th day of July, 2012.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE