UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER

    Plaintiff,

v.                              CASE No. 8:09-CV-1768-T-TGW

MULLER-MARTINI MAILROOM
SYSTEMS, INC.

    Defendant.

_____

## ORDER

THIS CAUSE came on for consideration upon Defendant Muller Martini Mailroom Systems, Inc.'s Unopposed Motion to File Under Seal (Doc. 97) and Plaintiff Dwayne Glowner's Unopposed Motion to File Under Seal (Doc. 99).

It is, upon consideration,

ORDERED:

That Defendant Muller Martini Mailroom Systems, Inc.'s Unopposed Motion to File Under Seal (Doc. 97) and Plaintiff Dwayne Glowner's Unopposed Motion to File Under Seal (Doc. 99) be, and the same are hereby, **GRANTED**. Accordingly, the **CLERK** is **DIRECTED** to accept for filing **UNDER SEAL** Exhibits D, E, F, G, H, J, K, and L to the plaintiff's Response in Opposition Defendant Muller Martini Mailroom Systems, Inc.'s Omnibus Motions In Limine and Exhibit A to the

defendant's Response in Opposition to Plaintiff's Motion in Limine to Exclude Defendant's Expert Robert S. Erbstein from Testifying at Trial.

DONE and ORDERED at Tampa, Florida, this 26th day of July, 2012.

              *(signature)*
              THOMAS G. WILSON
              UNITED STATES MAGISTRATE JUDGE