UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

CASE NO. 8:09-CV-1768-T-17TGW    DATE: JULY 30, 2012

TITLE: DWAYNE GLOWNER -v- MULLER MARTINI MAILROOM
TIME: 2:45 - 3:52 (Recess) 4:01 - 4:22

Honorable THOMAS G. WILSON
Deputy Clerk: Carrie Williams
Court Reporter:         Tape: Digital         Courtroom 12A

*Attorneys for Plaintiff*:   Douglas Bridges, Timothy Davis
*Attorneys for Defendant*:   Stefan Stein, Thomas Battistoni, Stephen Hankins

## PROCEEDING: SUPPLEMENTAL PRE-TRIAL CONFERENCE & Ms/LIMINE

Court set forth trial procedures
4 challenges per side
7 jurors
Length of trial: 1 week
Questions for voir dire due August 2, 2012.
Each side has 15 minutes to ask questions of jurors.
Trial to start at 1:30 but parties are in agreement for 11 AM if available.
Opening Statement: for 45 minutes
Start at 9:30AM; jury selection at 11 or 1:30; 10 minute break in the morning & afternoon
Jurors may take notes

M/Limine of No Willfulness - denied without prejudice
M/Limine on Claim Construction - denied without prejudice
M/Limine as to Robert Erbstein - denied without prejudice
M/Limine as to report of Hutchins - denied without prejudice
M/Limine to exclude portions of report - denied