UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER, :
:
    Plaintiff, :
:
v. : CASE No. 8:09-CV-1768-T-TGW
:
MULLER MARTINI MAILROOM, :
:
    Defendant. :
_____:

## ORDER

THIS CAUSE came on for consideration at a supplemental pre-trial conference held pursuant to Rule 16, Fed.R.Civ.P., and Local Rule 3.06. It is, therefore, upon consideration

ORDERED:

1. This cause shall proceed to trial in accordance with the previous Pre-Trial Order (Doc. 80).

2. Each side may inquire of the jury panel during voir dire for a period of fifteen (15) minutes. Any proposed questions for voir dire shall be submitted to the court no later than August 2, 2012.

3. The jury shall consist of eight (8) or possibly seven (7) members, and each side shall have four (4) challenges.

4. Each side shall have forty-five (45) minutes for opening statements.

5. Any objections to the opposing side's proposed instructions must be submitted no later than August 3, 2012.

DONE and ORDERED at Tampa, Florida, this 30th day of July, 2012.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE