UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GLOWNER,

v.                                              CASE No. 8:09-CV-1768-T-17TGW

MULLER MARTINI MAILING
SYSTEMS, INC.

_____

ORDER
====

THIS CAUSE came on for consideration upon Defendant Muller Martini Mailroom Systems, Inc.'s Motion for Judgment of No Willfulness and Motion to Exclude Argument or Evidence Relating to Willfulness (Doc. 89), Defendant Muller Martini Mailroom Systems, Inc.'s Motion for Claim Construction (Doc. 90), Defendant Muller Martini Mailroom Systems, Inc.'s Omnibus Motions *in Limine* (Doc. 91), Plaintiff Dwayne Glowner's Motion *in Limine* No. 1: Expert Report of Robert A. Hutchins (Doc. 93), and Plaintiff Dwayne Glowner's Motion *in Limine* to Exclude Defendant's Expert Robert S. Erbstein from Testifying at Trial (Doc. 95).

For the reasons stated at the hearing, the motions will be denied at this juncture. However, as indicated at the hearing, the court has serious reservations concerning some of the expected evidence and legal theories.

Accordingly, the denial of the motions is without prejudice to either party raising specific objections at the appropriate time during trial.

It is, therefore, upon consideration

ORDERED:

1. That Defendant Muller Martini Mailroom Systems, Inc.'s Motion for Judgment of No Willfulness and Motion to Exclude Argument or Evidence Relating to Willfulness (Doc. 89) be, and the same is hereby, **DENIED without PREJUDICE**.

2. That Defendant Muller Martini Mailroom Systems, Inc.'s Motion for Claim Construction (Doc. 90) be, and the same is hereby, **DENIED without PREJUDICE**.

3. That Defendant Muller Martini Mailroom Systems, Inc.'s Omnibus Motions *in Limine* (Doc. 91) be, and the same is hereby, **DENIED without PREJUDICE**.

4. That Plaintiff Dwayne Glowner's Motion *in Limine* No. 1: Expert Report of Robert A. Hutchins (Doc. 93) be, and the same is hereby, **DENIED without PREJUDICE**.

5. That Plaintiff Dwayne Glowner's Motion *in Limine* to Exclude Defendant's Expert Robert S. Erbstein from Testifying at Trial (Doc. 95) be,

and the same is hereby, **DENIED without PREJUDICE.**

DONE and ORDERED at Tampa, Florida, this 3rd day of April, 2012.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE