UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DWAYNE GLOWNER,<br><br>Plaintiff,<br><br>v.<br><br>MULLER-MARTINI MAILROOM SYSTEMS, INC.,<br><br>Defendant. | Case No. 8:09-cv-01768-TGW |

## ORDER

THIS MATTER comes before the Court on Defendant's motion requesting leave to allow use of five computers, including four (4) laptop computers and one (1) tablet computer, and associated accessories in the Courtroom during the trial in this matter beginning on August 6, 2012. Upon consideration of the Motion, it is hereby

ORDERED that Defendant's Agreed Motion for Leave to Use Computers and Related Accessories during trial is hereby GRANTED.

The United States Marshals Service is hereby ordered to permit Defendant's counsel, attorneys Stephen M. Hankins, Thomas P. Battistoni, Alison L. Maddeford, Henry P. Behnen, or local counsel Michael J. Colitz, III or Stefan V. Stein to bring the following items into the Courtroom for the trial in the above identified matter, beginning at 9:30 AM on August 6, 2012:

- Five computers, including four laptops and one tablet computer
    - Dell Latitude (S/N 2SFR6R1)
    - Dell Latitude (S/N BKFR6R1)
    - Dell Latitude (S/N GBJR6R1)
    - MacBook Pro (S/N CO2F4A7HDF8V)
    - Apple iPad (S/N DMPH9ZBEDVGJ)
- Assorted cabling and power strips related to the computers listed above.

DONE AND ORDERED in Tampa, Florida, this 2nd day of August, 2012.

Thomas G. Wilson
United States District Court Magistrate Judge

NY\51201006.1