**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| DWAYNE GLOWNER,<br><br>    Plaintiff,<br><br>v.<br><br>MULLER-MARTINI MAILROOM<br>SYSTEMS, INC.,<br><br>    Defendant. | Case No. 8:09-cv-01768-TGW |

**DEFENDANT MULLER-MARTINI MAILROOM SYSTEMS, INC.'S
PROPOSED VOIR DIRE QUESTIONS FOR THE COURT**

<u>**Muller Martini Mailroom Systems, Inc.'s Proposed**</u>
<u>**Voir Dire Questions for the Court**</u>

1. **[Read statement of the case:]**  The parties in this case are Charles Dwayne Glowner and Muller Martini Mailroom Systems.  The case involves United States Patent No. 6,755,412, obtained by Mr. Glowner.  Mr. Glowner filed suit in this court seeking money damages from Muller for allegedly infringing his patent. Muller denies that it has infringed that patent. Muller also argues that the patent is invalid. Your job will be to decide whether or not Mr. Glowner's patent is valid, and if it is valid, whether or not it has been infringed. If you decide that Mr. Glowner's patent both has been infringed and is not invalid, you will then need to decide any money damages to be awarded to Mr. Glowner to compensate it for the infringement.

    - Have any of you read or heard anything about this case from any source whatsoever?

    - Given this brief description of the facts, is there anything about this case that would cause you to believe that you could not consider the evidence fairly and impartially according to the law?

2. **[Introduce self and staff:]**  Do any of you know any member of my staff on any basis, social, professional, or otherwise?

3. The Plaintiff is represented by Heninger, Garrison & Davis.  Counsel please stand.

    - Do any of you know Plaintiff's counsel, or any of the employees in their office on any basis, social, professional or otherwise?

    - Counsel, please introduce your client and those present at the counsel table. Do any of you know these individuals on any basis, social, professional or otherwise?

- Have any of you ever had a business or employment relationship of any kind with the plaintiff?

4. The defendant is represented by Schiff Hardin. Counsel please stand.

- Do any of you know the Defendant's counsel or any employees of their office on any basis, social, professional or otherwise?

- Counsel, please introduce your client and those present at the counsel table. Do any of you know these individuals on any basis, social, professional, or otherwise?

- Have any of you ever had a business or employment relationship of any kind with the defendant?

5. The witnesses who may be called during this trial are: Mr. Dwayne Glowner; Mr. Randy Seidel; Dr. William Howard; Ms. Denise Dauphin; Mr. Harry Noll; Mr. Timothy Goszka; Mr. Joe Scott; Mr. Robert Erbstein; and Mr. Robert Hutchins.

- Do any of you know or think you might know any of these witnesses?

6. **Questions regarding general biographic information to the extent not provided in writing, including:** name, residence, marital status and family information, education, occupation now and in past, name of present employer, name of spouse's present employer, any specialized training, primary hobbies and interests.

7. Is there anything that has occurred to any of you, or are there any facts that you think we should know about, that might have a bearing on your judgment in this case?

8. Do any of you have strong feelings either for or against a party who brings a lawsuit?

9. Do any of you have any strong feelings for or against a party who is a defendant in a lawsuit?

10. This is a civil case which is to be decided by the preponderance of the evidence on some issues and by clear and convincing evidence on other issues. This is different from a criminal case where the government has to prove its case beyond a reasonable doubt. Does anyone have a problem with applying a lower burden of proof than that used in a criminal case?

11. Have any of you or members of your family been a party or witness in any court proceedings or litigation (excluding domestic relations, traffic, or probate)?

12. Have any of you served as jurors in a case in the last 10 years? Please explain **[type of case, location, through verdict].**

13. Do any of you or any of the members of your family have any legal training?

14. Do any of you or any members of your family have any expertise in mechanical engineering or mechanical design?

15. I will instruct you on the law at the conclusion of the case. If selected as a juror, you will take an oath to follow the law. Do any of you think you would have trouble following the law even if you may disagree with it?

16. Will you be able to render your verdict solely on the basis of the evidence presented during the trial, setting aside any personal beliefs, opinions, or biases you might have?

17. This case is expected to last 5 days. Would the length of the trial create an undue hardship for any of you?

18. I expect to conduct trial on these dates and times: __a.m. to __ p.m, Monday through Friday. There will be a one hour break for lunch and two other breaks, one in the morning and one in the afternoon.

    - Would this schedule create an undue hardship for any of you?

19. Do any of you have any other reason whatsoever, such as a physical difficulty, a health problem or home problems that might interfere with your serving as a fair and impartial juror in this case?

20. Have any of you, or your family members, or your close friends, ever applied for a patent? Please explain.

21. Have any of you, or your family members, or your close friends, ever owned intellectual property? Please explain.

22. Have any of you, or your family members, or your close friends, ever been involved in a dispute over intellectual property? Please explain.

23. Have any of your employers been involved in intellectual property disputes that you were involved in? Please explain.

24. Have any of you, or your families, or your close friends, been involved in the newspaper, publishing or printing businesses? Please explain **[including position and the name of the companies]**.

25. If there are any matters that you would rather discuss privately that may affect your ability to be a fair and impartial juror, please let me know at this time.

Dated: August 2, 2012

Respectfully submitted,

  s/ *Stephen M. Hankins*
Stephen M. Hankins
California Bar No. 154886
Alison Maddeford
California Bar No. 248523
SCHIFF HARDIN LLP
One Market, Spear Street Tower
32nd Floor
San Francisco, CA 94105
Telephone: 415-901-8700
Facsimile: 415-901-8701
Email: shankins@schiffhardin.com
Email: amaddeford@schiffhardin.com

Thomas P. Battistoni
New York Bar No. 2019883
Henry Behnen
New York Bar No. 4890125
SCHIFF HARDIN LLP
666 Fifth Avenue
17th Floor
New York, NY 10103
Telephone: 212.753.5000
Facsimile: 212.753.5044
Email: tbattistoni@schiffhardin.com
Email: hbehnen@schiffhardin.com

Stefan V. Stein
Florida Bar No. 300527
GRAY ROBINSON, P.A.
201 N. Franklin Street
Suite 2200
Tampa, Florida 33602
Telephone: 813-273-5000
Facsimile: 813-273-5145
Email: stefan.stein@gray-robinson.com

*Attorneys for Defendant Muller-Martini Mailroom Systems, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by filing the above with the Court's CM/ECF electronic filing system this 2nd day of August, 2012.

                                                               s/ *Stephen M. Hankins*
                                                                Stephen M. Hankins