IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DWAYNE GLOWNER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 8:09-cv-01768-TGW |
| v. ) | |
| ) | |
| MULLER MARTINI MAILROOM ) | |
| SYSTEMS. INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby ORDERED that PLAINTIFF DWAYNE GLOWNER'S AGREED MOTION FOR LEAVE TO USE COMPUTERS AND RELATED ACCESSORIES DURING TRIAL, BEGINNING AUGUST 6, 2012 is **GRANTED**.

The United States Marshal Service is hereby ordered to permit Plaintiff's counsel, Douglas Bridges, Tim David, Jacqueline Burt, Daniel Frijouf, and/or Dara Jeffries to bring the following items into the Courtroom for trial, beginning at 9:30 AM August 6, 2012:

1) Personal laptop computers (one per representing attorney); AND

2) Associated hardware attachments, cables, and power strips related to the computers.

IT IS SO ORDERED.

_____
Thomas G. Wilson
United States District Court
Magistrate Judge

Dated: August 3, 2012