**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DWAYNE GLOWNER,

    Plaintiff,

v.

MULLER-MARTINI MAILROOM
SYSTEMS, INC.,

    Defendant.

Case No. 8:09-cv-01768-TGW

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), it is hereby stipulated by Dwayne Glowner ("Plaintiff") and Muller Martini Mailroom Systems, Inc., ("Defendant") that Plaintiff's claims against Defendant and Defendant's counterclaims against Plaintiff are dismissed with prejudice. Each party to bear its own fees and costs.

| | |
|---|---|
| Dated: August 6, 2012 | Respectfully submitted, |
| s/ Douglas L. Bridges | _s/ Stephen M. Hankins_____ |
| Douglas L. Bridges (*admitted pro hac vice*) | Stephen M. Hankins |
| GA Bar No. 080889 | California Bar No. 154886 |
| HENINGER GARRISON DAVIS, LLC | Alison Maddeford |
| 169 Dauphin Street | California Bar No. 248523 |
| Mobile, AL 36605 | SCHIFF HARDIN LLP |
| 205.326.3336 | One Market, Spear Street Tower |
| 205.326.3332 fax | 32nd Floor |
| E-Mail: dbridges@hgdlawfirm.com | San Francisco, CA 94105 |
| | Telephone: 415-901-8700 |
| Timothy C. Davis | Facsimile: 415-901-8701 |
| FL Bar No. 51880 | |
| HENINGER GARRISON DAVIS, LLC | Thomas P. Battistoni |
| P. O. Box 11310 | New York Bar No. 2019883 |
| Birmingham, AL 35202 | Henry Behnen |
| Telephone: (205) 326-3336 | New York Bar No. 4890125 |
| Facsimile: (205) 326-3332 | SCHIFF HARDIN LLP |
| Email: sscoggins@hgdlawfirm.com | 666 Fifth Avenue |
| | 17th Floor |
| Daniel Robert Frijouf | New York, NY 10103 |
| FL Bar No. 0682306 | Telephone: 212.753.5000 |
| FRIJOUF, RUST & PYLE, PA | Facsimile: 212.753.5044 |
| 201 E Davis Blvd | Email: tbattistoni@schiffhardin.com |
| Tampa, FL 33606 | |
| Telephone: (813) 254-5100 | Stefan V. Stein |
| Facsimile: (813) 245-5400 | Florida Bar No. 300527 |
| Email: frijouf@frijouf.com | GRAY ROBINSON, P.A. |
| | 201 N. Franklin Street |
| *Attorneys for Plaintiff Dwayne Glowner* | Suite 2200 |
| | Tampa, Florida 33602 |
| | Telephone: 813-273-5000 |
| | Facsimile: 813-273-5145 |
| | Email: stefan.stein@gray-robinson.com |
| | |
| | *Attorneys for Defendant Muller-Martini Mailroom Systems, Inc.* |

## CERTIFICATION

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with opposing counsel concerning the matters set forth in this motion, and we are in agreement as to the relief requested herein.

    /s/Douglas L. Bridges

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by filing the above with the Court's CM/ECF electronic filing system this 6th day of August, 2012.

    s/Douglas L. Bridges
Douglas L. Bridges